```
1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  CHERIE R. BEASLEY, ESQ.
   California Bar No. 253019
3  BAY AREA CRIMINAL LAWYERS, PC
4  300 Montgomery Street, Suite 660
   San Francisco, CA 94104
5  Telephone:  (415) 398-3900

6  Attorneys for Defendant Eric Alberton
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR-09-00600-CRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ~~[PROPOSED]~~ **ORDER FOR SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE** |
| ERIC ANDREW ALBERTON, | ) | |
| Defendant. | ) | |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED** that (1) Mr. Alberton's bond be exonerated; and (2) The Clerk execute a substitution of trustee and full reconveyance of the real property located at 142 Valdeflores Drive in Burlingame, California, which property has been posted as security for Mr. Alberton's personal appearance bond in this matter.

**IT IS SO ORDERED.**

Dated: May 18, 2010



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE